DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERT ENRIQUE NARVAEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1224

[March 30, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert Diaz, Judge; L.T. Case No. 19009172MM10A.

Gordon Weekes, Public Defender, and Sarah Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***